JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of PATRIOT SPORTFISHING, INC., a corporate entity, a California corporation as owner of the F/V PACIFIC HORIZON, for exoneration from or limitation of liability | Case No. CV12-4403-MWF (JCx) **JUDGMENT** |

   Judgment is hereby entered in favor of Plaintiff-in-Limitation PATRIOT SPORTFISHING, INC.

Dated: March 1, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge

JUDGMENT